| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| | JENNIFER L. STENEBERG (State Bar #202985) |
| 2 | THOMAS E. FRANKOVICH |
| | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 2806 Van Ness Avenue |
| | San Francisco, CA   94109 |
| 4 | Telephone:     415/674-8600 |
| | Facsimile:      415/674-9900 |
| 5 | |
| 6 | Attorneys for Plaintiffs BYRON CHAPMAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. CIV.S-04-1520 FCD (DAD)** |
| | **STIPULATION AND ORDER CONTINUING THE EXPERT DISCLOSURES DEADLINE** |
| Plaintiffs, | |
| v. | |
| PARK WEST OFFICE CENTER; 940 ALAMO PARTNERS LTD. PARTNERSHIP, a former California limited partnership; JOHN W. MARTON; CLAUDIA BAUM; ROMEO D. & MARIA C. TABIJE; WILLIAM M. & CLAIRE S. CONNER, as trustees of the CONNER TRUST; GARY W. & ROSA M. PHILLIPS, as trustees of the PHILLIPS FAMILY 1991 REVOCABLE TRUST; TERESA C. HITE, as trustee of the HITE FAMILY TRUST; MDMSF, LLC., a California limited liability company; GERALD E. & JANICE F. SWANK, as trustees of the SWANK FAMILY TRUST; and YIN FAMILY LP-REAL ESTATE LP, a California limited partnership, | |
| Defendants. | |

The Court's Status (Pretrial Scheduling) Order requires disclosure of expert witnesses on or before August 9, 2005.  Due to a pre-planned vacation, plaintiffs' expert has been unavailable to finalize his written report.  Therefore, the parties stipulate to and respectfully

STIPULATION AND [PROPOSED] ORDER CONTINUING THE EXPERT DISCLOSURES DEADLINE

request a short, one-week continuance of the disclosures deadline to accommodate plaintiffs' expert's schedule.

IT IS SO STIPULATED.

Dated: August 1, 2005 THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Jennifer L. Steneberg
Attorneys for Plaintiffs BYRON CHAPMAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: July 27, 2005 PORTER SCOTT WEIBERG & DELEHANT

By: /s/
Jeffrey D. Christensen
Attorneys for Defendants CLAUDIA BAUM, ROMEO D. & MARIA C. TABIJE, WILLIAM M. & CLAIRE S. CONNER, GARY W. & ROSA M. PHILLIPS, TERESA C. HITE, MDMSF, LLC., and GERALD E. & JANICE F. SWANK

Dated: July 29, 2005 SEYFARTH SHAW, LLP

By: /s/
Stefan Schnitzler
Attorneys for Defendant YIN FAMILY LP-REAL ESTATE LP

**ORDER**

IT IS HEREBY ORDERED that disclosures of expert witnesses shall be continued to August 16, 2005. Rebuttal experts shall be disclosed on or before September 5, 2005.

Dated: August 2, 2005

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell
UNITED STATES DISTRICT JUDGE