UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRYON CHAPMAN, et al.,

       Plaintiffs,

  v.

PARK WEST OFFICE CENTER, et al.,

       Defendants.
_____/

NO. CIV. S-04-1520 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintiffs in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 27, 2006.  All dates set in this matter, including any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: February 10, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge