1  THOMAS E. FRANKOVICH (State Bar #074414)
   JENNIFER L. STENEBERG (State Bar #202985)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:     415/674-8600
   Facsimile:     415/674-9900
5
   Attorneys for Plaintiffs BYRON CHAPMAN
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 BYRON CHAPMAN, an individual; and      )   **CASE NO. CIV.S-04-1520 FCD (DAD)**
   DISABILITY RIGHTS ENFORCEMENT,         )
11 EDUCATION SERVICES:HELPING             )   **STIPULATION OF DISMISSAL AND**
   YOU HELP OTHERS, a California public   )   **ORDER THEREON**
12 benefit corporation,                   )
                                          )
13          Plaintiffs,                   )
                                          )
14 v.                                     )
                                          )
15 PARK WEST OFFICE CENTER; 940           )
   ALAMO PARTNERS LTD.                    )
16 PARTNERSHIP, a former California       )
   limited partnership; JOHN W. MARTON;   )
17 CLAUDIA BAUM; ROMEO D. &               )
   MARIA C. TABIJE; WILLIAM M. &          )
18 CLAIRE S. CONNER, as trustees of the   )
   CONNER TRUST; GARY W. & ROSA           )
19 M. PHILLIPS, as trustees of the PHILLIPS )
   FAMILY 1991 REVOCABLE TRUST;           )
20 TERESA C. HITE, as trustee of the HITE )
   FAMILY TRUST; MDMSF, LLC., a           )
21 California limited liability company;  )
   GERALD E. & JANICE F. SWANK, as        )
22 trustees of the SWANK FAMILY TRUST;    )
   and YIN FAMILY LP-REAL ESTATE LP,      )
23 a California limited partnership,      )
                                          )
24          Defendants.                   )
   _____)
25                                        )
                                          )
26

27         The parties, by and through their respective counsel, stipulate to dismissal of this

28 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

**STIPULATION OF DISMISSAL AND  ORDER THEREON**
**Chapman, et. al. v. Park West, et. al.**                                                              1

Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: March 27, 2006    THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:   /s/ Jennifer L. Steneberg
    Jennifer L. Steneberg
Attorneys for Plaintiffs BYRON CHAPMAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

DATED: March 1, 2006    PORTER, SCOTT, WEIBERG & DELEHANT

By:   /s/ Laura J. Marabito
    Laura J. Marabito
Attorneys for Defendants CLAUDIA BAUM; ROMEO D. & MARIA C. TABIJE; WILLIAM M. & CLAIRE S. CONNER; GARY W. & ROSA M. PHILLIPS; TERESA C. HITE; MDMSF, LLC.; and GERALD E. & JANICE F. SWANK

DATED: March 6, 2006    SEYFARTH SHAW, LLP

By:   /s/ Kari Erikson-Levine
    Kari Erikson-Levine
Attorneys for Defendants YIN FAMILY LP-REAL ESTATE LP

///

///

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: March 28, 2006

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE